# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-07399-PMG |
| | § | |
| LINDA LEE MOEN | § | |
| | § | |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/10/2011. The undersigned trustee was appointed on 10/10/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                   $140,471.95

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $95.05 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $140,376.90 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/20/2013 and the deadline for filing government claims was 04/07/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,559.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,559.62, for a total compensation of $4,559.62[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $128.08, for total expenses of $128.08.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/03/2013                    By:  /s/ Aaron R. Cohen
                                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 11-07399-PMG | Trustee Name: | Aaron R. Cohen |
| Case Name: | MOEN, LINDA LEE | Date Filed (f) or Converted (c): | 10/10/2011 (f) |
| For the Period Ending: | 6/3/2013 | §341(a) Meeting Date: | 11/10/2011 |
| | | Claims Bar Date: | 05/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking, Columbia County Bank, Owership with, George A. Wagner | $20.00 | $0.00 | | $0.00 | FA |
| 2  Recliner, Bed ( do not have the bed) | $50.00 | $0.00 | | $0.00 | FA |
| 3  Clothing for Adult | $100.00 | $0.00 | | $0.00 | FA |
| 4  2005 Chev. Silverado 51,000 miles | $9,000.00 | $0.00 | | $0.00 | FA |
| 5  HRT lawsuit against Wyeth  **(u)** | Unknown | $140,471.95 | | $140,471.95 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$9,170.00    $140,471.95    $140,471.95    $0.00

**Major Activities affecting case closing:**
MOTION TO REOPEN CH 7 CASE FILED BY UST
EMAIL TO US TRUSTEE'S OFFICE RE SUBMISSION OF ORDER ON MOTION TO REOPEN CASE. ROBERT AT COURT ADVISED THE PROPOSED ORDER HAD BEEN REJECTED
ORDER GRANTING MOTION TO REOPEN
NOTICE OF APPOINTMENT OF TRUSTEE
NIC - CLAIM FOR DAMAGES BY DRUG MANUFACTURER WYETH INC. SETTLED, NET AMOUNT IS $140,471.95
MOTION TO APPROVE SETTLEMENT; ORDER
EMAIL TO TRULL RE STATUS OF TURNOVER OF FUNDS

**Initial Projected Date Of Final Report (TFR):** 06/01/2013    **Current Projected Date Of Final Report (TFR):** 06/01/2013    /s/ AARON R. COHEN

AARON R. COHEN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-07399-PMG | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | MOEN, LINDA LEE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2159 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/10/2011 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 6/3/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/20/2013 | (5) | MILLER WEISBROD LLP IOLTA TRUST ACCOUNT | SETTLEMENT OF HRT CLAIM AGAINST WYETH | 1242-000 | $140,471.95 | | $140,471.95 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $95.05 | $140,376.90 |
| | | | **TOTALS:** | | $140,471.95 | $95.05 | $140,376.90 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $140,471.95 | $95.05 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $140,471.95 | $95.05 | |

| For the period of 10/10/2011 to 6/3/2013 | | For the entire history of the account between 05/20/2013 to 6/3/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $140,471.95 | Total Compensable Receipts: | $140,471.95 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $140,471.95 | Total Comp/Non Comp Receipts: | $140,471.95 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $95.05 | Total Compensable Disbursements: | $95.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $95.05 | Total Comp/Non Comp Disbursements: | $95.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-07399-PMG | **Trustee Name:** Aaron R. Cohen |
| **Case Name:** | MOEN, LINDA LEE | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******2159 | **Checking Acct #:** ******9901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 10/10/2011 | **Blanket bond (per case limit):** $0.00 |
| **For Period Ending:** | 6/3/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $140,471.95 | $95.05 | $140,376.90 |

**For the period of 10/10/2011 to 6/3/2013**

| | |
|---|---|
| Total Compensable Receipts: | $140,471.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $140,471.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $95.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $95.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/10/2011 to 6/3/2013**

| | |
|---|---|
| Total Compensable Receipts: | $140,471.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $140,471.95 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $95.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $95.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ AARON R. COHEN

AARON R. COHEN

## CLAIM ANALYSIS REPORT

| Case No. | 11-07399-PMG | | | | | | Trustee Name: | | Aaron R. Cohen | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MOEN, LINDA LEE | | | | | | Date: | | 6/3/2013 | | |
| Claims Bar Date: | 05/20/2013 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AARON R. COHEN  P.O. Box 4218  Phone 904-389-7277  Jacksonville FL 32201 | 06/03/2013 | TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $4,559.62 | $4,559.62 | $0.00 | $0.00 | $0.00 | $4,559.62 |
| | AARON R. COHEN | 06/03/2013 | TRUSTEE EXPENSES | Allowed | 2200-000 | $0.00 | $128.08 | $128.08 | $0.00 | $0.00 | $0.00 | $128.08 |
| | CLERK, US BANKRUPTCY COURT | 06/03/2013 | CLERK, U.S. BANKRUPTCY COURT-OTHER | Allowed | 2700-000 | $0.00 | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |

**Claim Notes:**   REOPEN CASE FEE

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ATLAS ACQUISITIONS LLC  294 Union St.  Hackensack NJ 07601 | 02/22/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $4,843.76 | $4,843.76 | $0.00 | $8.96 | $0.00 | $4,843.76 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE  of Citibank, N.A.  Resurgent Capital Services  PO Box 19008  Greenville SC 29602 | 02/25/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $6,589.92 | $6,589.92 | $0.00 | $12.19 | $0.00 | $6,589.92 |
| 3 | US BANK N.A.  BANKRUPTCY DEPARTMENT  P.O. BOX 5229  CINCINNATI OH 45201-5229 | 03/15/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $3,004.64 | $3,004.64 | $0.00 | $5.56 | $0.00 | $3,004.64 |

**Claim Notes:**    (3-1) cc3640

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | CLIENT SERVICES  3451 Harry S. Truman Blvd.,  Charles MO 63301 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $6,700.00 | $6,700.00 | $0.00 | $12.40 | $0.00 | $6,700.00 |

# CLAIM ANALYSIS REPORT

| Case No. | 11-07399-PMG | | | | | | | | Trustee Name: | Aaron R. Cohen | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | MOEN, LINDA LEE | | | | | | | | Date: | 6/3/2013 | |
| Claims Bar Date: | 05/20/2013 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CLIENT SERVICES  3451 Harry S. Truman Blvd., Charles MO 63301 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $1,553.20 | $1,553.20 | $0.00 | $2.87 | $0.00 | $1,553.20 |
| 6 | COLLTECH, INC.,  P.O. Box 47095 Plymouth MN 55447 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $185.89 | $185.89 | $0.00 | $0.34 | $0.00 | $185.89 |
| 7 | DEHAAN & BACH  25 Whitney Dr-Ste 106 Milford OH 45150 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $261.66 | $261.66 | $0.00 | $0.48 | $0.00 | $261.66 |
| 8 | FBS CARD SERVICE  P.O. Box 9487 Minneapolis, MN., 554409487 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $4,000.00 | $4,000.00 | $0.00 | $7.40 | $0.00 | $4,000.00 |
| 9 | FINGERHUT  6250 Ridgewood Rd., Cloud MN 56303 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $374.08 | $374.08 | $0.00 | $0.69 | $0.00 | $374.08 |
| 10 | GE MONEY BANK  P.O. Box 26960 Canton OH 44735 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $650.00 | $650.00 | $0.00 | $1.20 | $0.00 | $650.00 |
| 11 | FIRST LIBERTY FEDERAL CREDIT UNION  P.O. Box 5002, Great Falls MT 59403 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $1,944.00 | $1,944.00 | $0.00 | $3.60 | $0.00 | $1,944.00 |
| 12 | HSBC EQLIFE  26525 N. Riverwoods Blvd Mettawa IL 60045 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $1,043.00 | $1,043.00 | $0.00 | $1.93 | $0.00 | $1,043.00 |

## CLAIM ANALYSIS REPORT

| Case No. | 11-07399-PMG | | Trustee Name: | Aaron R. Cohen |
|---|---|---|---|---|
| Case Name: | MOEN, LINDA LEE | | Date: | 6/3/2013 |
| Claims Bar Date: | 05/20/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | MUTUAL BANK  P.O. Box 551  Muncie IN 47308-0551 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $690.24 | $690.24 | $0.00 | $1.28 | $0.00 | $690.24 |
| 14 | NCO FINANCIAL SERVICES  3005 Grape Rd-Ste A  Mishawaka IN 46545 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $640.00 | $640.00 | $0.00 | $1.18 | $0.00 | $640.00 |
| 15 | VALLEY EMERGENCY PHYSICIANS  3371 Clevelang Rd.,  South Bend IN 46628 | 05/28/2013 | UNSECURED CLAIMS | Allowed | 7100-000 | $0.00 | $512.00 | $512.00 | $0.00 | $0.95 | $0.00 | $512.00 |
|  | MOEN, LINDA LEE  4816 N. US HWY. 441 #3  LAKE CITY FL 32055 | 06/03/2013 | Surplus Funds Paid to Debtor | Allowed | 8200-002 | $0.00 | $102,375.78 | $102,375.78 | $0.00 | $0.00 | $0.00 | $102,375.78 |

**Claim Notes:** Debtor Surplus

| | | | | | | | $140,315.87 | $140,315.87 | $0.00 | $61.03 | $0.00 | $140,315.87 |

# CLAIM ANALYSIS REPORT

| | | | | |
|---|---|---|---|---|
| **Case No.** | 11-07399-PMG | | **Trustee Name:** | Aaron R. Cohen |
| **Case Name:** | MOEN, LINDA LEE | | **Date:** | 6/3/2013 |
| **Claims Bar Date:** | 05/20/2013 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| CLERK, U.S. BANKRUPTCY COURT-OTHER | $260.00 | $260.00 | $0.00 | $0.00 | $0.00 | $260.00 |
| Surplus Funds Paid to Debtor | $102,375.78 | $102,375.78 | $0.00 | $0.00 | $0.00 | $102,375.78 |
| TRUSTEE COMPENSATION | $4,559.62 | $4,559.62 | $0.00 | $0.00 | $0.00 | $4,559.62 |
| TRUSTEE EXPENSES | $128.08 | $128.08 | $0.00 | $0.00 | $0.00 | $128.08 |
| UNSECURED CLAIMS | $32,992.39 | $32,992.39 | $0.00 | $61.03 | $0.00 | $32,992.39 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       11-07399-PMG
Case Name:      LINDA LEE MOEN
Trustee Name:   Aaron R. Cohen

Balance on hand:   $140,376.90

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $140,376.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Aaron R. Cohen, Trustee Fees | $4,559.62 | $0.00 | $4,559.62 |
| AARON R. COHEN, Trustee Expenses | $128.08 | $0.00 | $128.08 |
| CLERK, US BANKRUPTCY COURT, Clerk of the Court Costs | $260.00 | $0.00 | $260.00 |

Total to be paid for chapter 7 administrative expenses:   $4,947.70
Remaining balance:   $135,429.20

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $135,429.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:   $0.00
Remaining balance:   $135,429.20

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,992.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | $4,843.76 | $0.00 | $4,843.76 |
| 2 | PYOD, LLC its successors and assigns as assignee | $6,589.92 | $0.00 | $6,589.92 |
| 3 | US BANK N.A. | $3,004.64 | $0.00 | $3,004.64 |
| 4 | Client Services | $6,700.00 | $0.00 | $6,700.00 |
| 5 | Client Services | $1,553.20 | $0.00 | $1,553.20 |
| 6 | Colltech, Inc., | $185.89 | $0.00 | $185.89 |
| 7 | Dehaan & Bach | $261.66 | $0.00 | $261.66 |
| 8 | FBS Card Service | $4,000.00 | $0.00 | $4,000.00 |
| 9 | Fingerhut | $374.08 | $0.00 | $374.08 |
| 10 | GE Money Bank | $650.00 | $0.00 | $650.00 |
| 11 | First Liberty Federal Credit Union | $1,944.00 | $0.00 | $1,944.00 |
| 12 | HSBC EqLife | $1,043.00 | $0.00 | $1,043.00 |
| 13 | Mutual Bank | $690.24 | $0.00 | $690.24 |
| 14 | NCO Financial Services | $640.00 | $0.00 | $640.00 |
| 15 | Valley Emergency Physicians | $512.00 | $0.00 | $512.00 |

Total to be paid to timely general unsecured claims:           $32,992.39
Remaining balance:           $102,436.81

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:           $0.00
Remaining balance:           $102,436.81

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $102,436.81 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.11 percent pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $61.03. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $102,375.78.