UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                          CASE NO.: 3:11-bk-07399-PMG

LINDA LEE MOEN,

    Debtor.

_____

## NOTICE OF DEPOSITING FUNDS TO
## COURT UNCLAIMED FUND ACCOUNT

The Chapter 7 trustee, Aaron R. Cohen, reports that the following checks have been returned to the Trustee as unable to locate account.

| Claim Number | Creditor Name and Address | Claim Amount | Amount of Check | Check Number |
|---|---|---|---|---|
| 4 | Client Services<br>3451 Harry S. Truman Blvd<br>Charles, MO 63301 | $6,700.00 | $6,712.40 | 1007 |
| 6 | Colltech, Inc.<br>PO Box 47095<br>Plymouth, MN 55447 | $185.78 | $186.23 | 1009 |
| 8 | FBS Card Service<br>PO Box 9487<br>Minneapolis, MN 55440 | $4,000.00 | $4,007.40 | 1011 |

Pursuant to 11 U.S.C. §347(a), the Trustee has stopped payment on the check. A copy of this Report and the original check have been mailed to the attention of Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North

Florida Avenue, Suite 727, Tampa, Florida 33602.

DATED: November 11, 2013.

/s/ Aaron R. Cohen

Aaron R. Cohen
PO Box 4218
Jacksonville, FL 32201
(904) 389-7277 / (904) 389-7273 fax
Florida Bar No. 558230
Chapter 7 Trustee

I CERTIFY that a copy of the foregoing was furnished by U.S. Mail, postage prepaid, this 12 day of November 2013 to the following: Client Services, 3451 Harry S. Truman Blvd, Charles, MO 63301; Colltech, Inc., PO Box 47095, Plymouth, MN 55447; FBS Card Service, PO Box 9487, Minneapolis, MN 55440-9487; Susan Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Suite 727 Tampa, FL 33602; Linda L. Moen, 4816 N. US Highway 441, Unit 3, Lake City, FL 32055; and by CM/ECF electronic notice to Stephen M. Witt, Atty for Debtor, and the United States Trustee.

/s/ Aaron R. Cohen

Aaron R. Cohen